CONNECTICUT COALITION AGAINST MILLSTONE
ET AL. *v.* ARTHUR J. ROCQUE, JR., COM-
MISSIONER OF ENVIRONMENTAL
PROTECTION, ET AL.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Nancy Burton,* in support of the petition.

*Elizabeth C. Barton, Harold M. Blinderman* and *Sharon M. Seligman,* in opposition.

Decided November 6, 2002

DAVID ROSS ET AL. *v.* COMMISSIONER OF
TRANSPORTATION ET AL.

*Raymond F. Ross,* in support of the petition.

*Brian J. Comerford,* assistant attorney general, in opposition.

Decided November 6, 2002

DANIEL HENDERSON *v.* HENDERSON'S
AUTO ET AL.

*Daniel Henderson,* pro se, in support of the petition.

Decided November 6, 2002